THE PEOPLE OF THE STATE OF NEW YORK ex rel. 2291 REALTY CORPORATION, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

Argued April 21, 1938; decided May 24, 1938.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *James Hall Prothero* of counsel), for appellants.

*David W. Kahn, Nathan Siegel, Myron K. Wilson* and *Sidney R. Diamond* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.